UNITED STATES DISTRICT COURT JS-6

CENTRAL DISTRICT OF CALIFORNIA

MARVIN JOSUE VELASQUEZ POLANCO,

Petitioner,

v.

SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Respondents.

Case No. 5:26-cv-02061-HDV-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. 1] is granted, with no further proceedings, consistent with the reasons and findings set forth in the Order Granting Habeas Petition and Ordering Immediate Release.

DATED: 10/22/26

HON. HERNÁN D. VERA
United States District Judge